UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MATTHEW ANDERSON, :
:
Plaintiff, :
:  25-CV-6109 (VSB)
-against- :
:  **ORDER**
:
NBCUniversal Media, LLC, :
:
Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 25, 2025, (Doc. 1), and filed an affidavit of service on August 6, 2025, (Doc. 10).  The deadline for Defendant to respond to Plaintiff's complaint was August 25, 2025.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 27, 2025.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 29, 2025
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge