UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW ANDERSON,

                         Plaintiff,

          -against-

NBCUNIVERSAL MEDIA, LLC D/B/A CNBC,

                       Defendant.
------------------------------------------------------------X

25-CV-6109 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  October 28, 2025
         New York, New York

                                                   *Vernon Broderick*
                                                   Vernon S. Broderick
                                                   United States District Judge